# In the United States District Court
# for the Southern District of Texas
# Houston Division

| | | |
|---|---|---|
| In re | § § § § | Case No. 19-34397 |
| Rodney Johnson, Sr., Debtor | | Chapter 13 |
| PHH Mortgage Corporation, Appellant | § § § § § § § § § § | |
| v. | | Civil Action No. 4:20-cv-1968 |
| Rodney Johnson, Sr., Debtor-Appellee | | |

## Order for Bankruptcy Clerk to Complete the Transmission of the Designated Record on Appeal to the United States District Court

CAME ON for consideration the motion of Debtor-appellee Rodney Johnson, Sr. for the Bankruptcy Clerk to complete the transmission of the designated record on appeal to the United States District Court and this court determining that such motion should be granted, it is hereby

ORDERED that the Bankruptcy Clerk complete the transmission of the entire designated record on appeal to the United States District Court.

Signed on April 23, 2021, at Houston, Texas.

_____
Charles Eskridge
United States District Judge